**In re Kei Roger AOKI, Michael W. Grayston, Steven R. Carlson, and Judith M. Leon.**

No. 2013–1538.

United States Court of Appeals, Federal Circuit.

April 21, 2014.

Jonathan E. Singer, Fish & Richardson P.C., of Minneapolis, MN, argued for appellants. With him on the brief was Craig E. Countryman, of San Diego, CA. Of counsel was James P. Finn, III, of Minneapolis, MN.

Frances M. Lynch, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With her on the brief were Nathan K.

Kelley, Solicitor, Thomas W. Krause, Special Counsel for IP Litigation, and Coke Morgan Stewart, Associate Solicitor.

NEWMAN, LOURIE, and TARANTO, Circuit Judges.

#### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**